SAMANTHA JANNEL LEMIEUX
1608 N JACKSON ST
BROOKHAVEN, MS 39601

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS, NV 89113

FARM BEARU
PO BOX 33427
SAN ANTONIO, TX 78265

HENLEY, LOTTERHOS & HE
PO BOX 389
JACKSON, MS 39205-0389

NEIGHBORS BANK
1801 WESTFALL DR
COLUMBIA, MO 65202