**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

IN RE:                                                    CASE NO.: 26-01943-KMS
                                                          CHAPTER: 7

SAMANTHA JANNEL LEMIEUX

    **Debtor.**
_____/

### NOTICE OF APPEARANCE and REQUEST FOR SERVICE

NOW COMES, Albertelli Law, who states that its legal services have been retained on behalf of Amerihome Mortgage Company,LLC, and Albertelli Law, enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g)

/s/ *Kevin Rogers*
Kevin Rogers
Attorney for Secured Creditor
Mississippi Bar No.:  106009
**Albertelli Law**
1 Information Way, Suite 201
Little Rock, AR 72202
Assistant's Telephone: (813) 221-4743
Facsimile (813) 221-9171
krogers@alaw.net

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th  day of July, 2026, I caused a true and correct copy of the foregoing, and all attachments, to be served upon each of the entities named below via the court's notice of electronic filing or via Regular U.S. Mail as follows.

*/s/ Kevin Rogers*
Kevin Rogers
Attorney for Secured Creditor
Mississippi Bar No.:  106009
**Albertelli Law**
1 Information Way, Suite 201
Little Rock, AR 72202
Assistant's Telephone: (813) 221-4743
Facsimile (813) 221-9171
krogers@alaw.net

**SERVICE LIST**

**Samantha Jannel Lemieux**
1608 N Jackson St
Brookhaven, MS 39601

**Thomas Carl Rollins, Jr**
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

**Derek A Henderson**
1765-A Lelia Drive
Suite 103
Jackson, MS 39216

**United States Trustee**
501 East Court Street
Suite 6-430
Jackson, MS 39201

ALAW FILE NO. 26-012401