Certificate Number: 17082-MSS-DE-041265401

Bankruptcy Case Number: 26-01943



17082-MSS-DE-041265401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2026, at 7:44 o'clock PM MST, SAMANTHA  J LEMIEUX  completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 29, 2026                       By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director