**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     **Samantha Jannel Lemieux, Debtor**        **Case No. 26-01943-KMS**
                                                        **CHAPTER 7**

## <u>NOTICE OF MOTION TO PARTIALLY AVOID JUDICIAL LIEN</u>

      YOU ARE HEREBY NOTIFIED that a Motion to void the Judgment Lien of MS Farm Bureau Casualty Ins Co. has been filed on behalf of Samantha Jannel Lemieux.

      YOU ARE HEREBY FURTHER NOTIFIED that TWENTY-ONE (21) DAYS from the date of this Notice are granted in which a written objection or other responsive pleading must be filed with the Clerk, U.S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran United States Courthouse, 501 E. Court St., Suite 2.300, Jackson, MS 39201; and with the undersigned attorney for the Trustee at the address listed below. If no objections are filed, the Court may consider this matter EX PARTE. Should objections be filed, a hearing will be held on the aforesaid Motion at a date to be later determined by the Court.

Date: August 11, 2026         Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         Jennifer A Curry Calvillo (MSBN 104367)
                                         The Rollins Law Firm, PLLC
                                         PO Box 13767
                                         Jackson, MS 39236
                                         601-500-5533
                                         trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Samantha Jannel Lemieux, Debtor            Case No. 26-01943-KMS
                                                                                         CHAPTER 7

**MOTION PARTIALLY AVOIDING JUDICIAL LIEN**

COMES NOW, Debtor, by and through counsel, pursuant to 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d), and files this his Motion to void the Judgment Lien of MS Farm Bureau Casualty Ins Co. ("Respondent"), and in support thereof, would show the Court as follows:

I.

Debtor commenced this proceeding under Chapter 7 of the Bankruptcy Code on 07/17/2026.

I.

That the Debtor has a Judgment Lien against him obtained by MS Farm Bureau Casualty Ins Co. entered in the Circuit Court of Lincoln County, Mississippi, in the amount of $87,685.15 enrolled in the Judgement Roll maintained by the Lincoln County Circuit Clerk and filed under case no. 43CI1:19-jr-00009 on her homestead located at 1608 N Jackson, St., Brookhaven, MS 39601 being more fully described as follows:

> Lot 1, Block 1, Palmer Subdivision, City of Brookhaven, Lincoln County, Mississippi, the map or plat of which is on file and of record in the office of the Chancery Clerk of Lincoln County, Mississippi.
>
> Being the same property conveyed by Paul J. Freeman and wife, Lennie S. Freeman, to Mary Elizabeth Blue and Blanche Blue by Warranty Deed dated May 3, 1955, Book 354, Page 480, and described therein as follows:
>
> A parcel of land designated as Lot #1 also described as follows: Beginning at a point 671.5 feet East of the Southwest corner of the Southeast ¼ of the Northwest ¼ of Section 6, Township 7 North, Range 8 East, Lincoln County, Mississippi, run thence North 10 Degrees 00 Minutes East 100 feet, thence West 300 feet to the Country Club road (formerly known as Wilkinson road), thence South 10 Degrees 00 Minutes West along

the East boundary line of said road 100 feet to the line dividing the Northwest ¼ from the Southwest ¼ of said Section 6, thence East along said dividing line 300 feet to the Point of Beginning.

II.

That the Debtor seeks an Order from this Court voiding the judgment listed in Paragraph

II. above to the extent it is a lien against his homestead and impairs the debtor's right to claim his

homestead exemption pursuant to §85-3-21, Mississippi Code of 1972.

WHEREFORE, Debtor respectfully requests that this Court enter an order voiding the

lien of MS Farm Bureau Casualty Ins Co. against him which impairs his homestead exemption,

and for such other relief as is deemed just.

Dated August 7, 2026

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    PO Box 13767
    Jackson, MS 39236
    601-500-5533
    trollins@therollinsfirm.com

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Partially Avoid Lien was forwarded on August 7, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Objection.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Right to Request Hearing and Motion to Partially Avoid Lien was forwarded on August 11, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

MS Farm Bureau Casualty Ins Co.
611 Ridgewood Rd
Jackson, MS 39211

Henley Lotterhos & Henley, PLLC
PO Box 389
Jackson, MS 39205-0389

By Electronic CM/ECF Notice:

Case Trustee
U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.