**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Samantha Jannel Lemieux, Debtor** **Case No. 26-01943-KMS**
**CHAPTER 7**

**ORDER PARTIALLY AVOIDING JUDICIAL LIEN**

The above-styled and numbered cause having come on the motion [Dkt. No. 13 ] of the debtor to avoid the fixing of the judicial lien (judgment) of MS Farm Bureau Casualty Ins Co. on exempt property of the debtor and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the Circuit Court of Lincoln County, Mississippi, being Cause No 43CI1:19-jr-00009 in the amount of $87,685.15 enrolled in the Judgement Roll maintained by the Lincoln County Circuit Clerk and filed under Judgement Number case no. 43CI1:19-jr-00009 is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 1608 N Jackson St, Brookhaven, MS 39601 being more fully described as follows:

Lot 1, Block 1, Palmer Subdivision, City of Brookhaven, Lincoln County, Mississippi, the map or plat of which is on file and of record in the office of the Chancery Clerk of Lincoln County, Mississippi.

Being the same property conveyed by Paul J. Freeman and wife, Lennie S. Freeman, to Mary Elizabeth Blue and Blanche Blue by Warranty Deed dated May 3, 1955, Book 354, Page 480, and described therein as follows:

A parcel of land designated as Lot #1 also described as follows: Beginning at a point 671.5 feet East of the Southwest corner of the Southeast ¼ of the Northwest ¼ of Section 6, Township 7 North, Range 8 East, Lincoln County, Mississippi, run thence North 10 Degrees 00 Minutes East 100 feet, thence West 300 feet to the Country Club road (formerly known as Wilkinson road), thence South 10 Degrees 00 Minutes West along the East boundary line of said road 100 feet to the line dividing the Northwest ¼ from the Southwest ¼ of said Section 6, thence East along said dividing line 300 feet to the Point of Beginning.

2. A certified copy of this Order is to be filed in the land records of Lincoln County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Samantha Jannel Lemieux (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

3. The Circuit Clerk of Lincoln County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of MS Farm Bureau Casualty Ins Co. filed as Judgement Number case no. 43CI1:19-jr-00009 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file. The debtor's attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
PO Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR