ROLLINS
LAW FIRM

P.O. Box 13767
Jackson, MS 39236
(P) 601.500.5533
(F) 601.500.5296
www.therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Samantha Jannel Lemieux, Debtor** **Case No. 26-01943-KMS**
**CHAPTER 13**

**REQUEST FOR CERTIFIED COPY**

This is a request for two (2) certified copies of the following filed document:

**Document:** Order Partially Avoiding Judicial Lien (Dk #16)

**Mail to:**

The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)